Judgment modified and as modified affirmed, without costs.

---

JACOB ROSENBERG et al., Respondents, *v.* ANNIE SMOOKE, Appellant.

APPEAL from a judgment of the Municipal Court of the city of New York, fourth district, borough of Manhattan, in favor of the plaintiffs.

Maurice S. Hyman, for appellant.

Rosalsky & Rosalsky, for respondents.

*Per Curiam.* The only question in this case is whether the goods, to recover the price of which this action is brought, were sold to the defendant or to her husband. Upon this there was a conflict of evidence, which the trial justice has resolved in favor of the plaintiffs. We see no reason for disturbing his decision in that regard.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment affirmed, with costs.